THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Charleston
 County Department of Social Services, Respondent,
 v.
 T.W., J.J., and
 K.W., Defendants,
 of whom T.W. is Appellant. 
 
 
 In
 the interest of two minor children under the age of 18 years. 
 
 
 

Appeal from Charleston County
Judy L. McMahon, Family Court Judge

Unpublished Opinion No.  2009-UP-200
Submitted May 1, 2009  Filed May 15, 2009

AFFIRMED

 
 
 
 Gregory A DeLuca, of Goose Creek, for Appellant.
 Frampton Durban, Jr., of North Charleston, for Respondent.
 Amanda B. Keaveny, of Charleston, for Guardian Ad Litem.
 
 
 

PER
 CURIAM: T.W. (Mother). appeals from the family court's order requiring entry
 of her name into the Central Registry of Child Abuse and Neglect, enjoining her
 children's custodial grandparents from allowing any contact with Mother, and authorizing
 DSS to forego reasonable efforts to reunite Mother's family.  See S.C. Code Ann. §§ 63-7-1640, 63-7-1940(C) (2008).
After a thorough review of the record and the family court's
 findings of fact and conclusions of law, pursuant to Ex Parte Cauthen,
 291 S.C. 465, 354 S.E.2d 381 (1987), and S.C.
 Dep't of Soc. Servs. v. Frederick Downer, Sr., S.C. Sup. Ct. Order dated
 February 2, 2005 (expanding the procedure set forth in Cauthen to
 situations where an indigent person appeals from an order imposing measures, other
 than the termination of parental rights, which are based upon child abuse and
 neglect), the family court's
 order is
AFFIRMED.[1] 
HEARN, C.J., CURETON, A.J., and GOOLSBY, A.J.,
concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.